**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| MARATHON HEALTHCARE GOUP, LLC, | CASE NO. 08-20591 (RLK) |
| Debtor. | |
| IN RE: | CHAPTER 11 |
| MARATHON HEALTHCARE MANAGEMENT, LLC, | CASE NO: 08-20592 (RLK) |
| Debtor. | |
| IN RE: | CHAPTER 11 |
| MARATHON HEALTHCARE CENTER OF NEW HAVEN, LLC, | CASE NO. 08-20593 (RLK) |
| Debtor. | |
| IN RE: | CHAPTER 11 |
| MARATHON HEALTHCARE CENTER OF NORWALK, LLC, | CASE NO. 08-20594 (RLK) |
| Debtor. | |
| IN RE: | CHAPTER 11 |
| MARATHON HEALTHCARE CENTER OF PROSPECT, LLC, | CASE NO. 08-20596 (RLK) |
| Debtor. | |

| | | |
|---|---|---|
| IN RE:<br><br>MARATHON HEALTHCARE CENTER OF TORRINGTON, LLC,<br><br>     Debtor. | : : : : : : : | CHAPTER 11<br><br>CASE NO. 08-20597 (RLK) |
| IN RE:<br><br>MARATHON HEALTHCARE CENTER OF WATERBURY, LLC,<br><br>     Debtor. | : : : : : : : | CHAPTER 11<br><br>CASE NO. 08-20598 (RLK) |
| IN RE:<br><br>MARATHON HEALTHCARE CENTER OF WEST HAVEN, LLC<br><br>     Debtor. | : : : : : : : | CHAPTER 11<br><br>CASE NO. 08-20599 (RLK) |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Federal Rules of Civil Procedure, the undersigned, James J. Tancredi and Joshua W. Cohen of Day Pitney LLP, respectfully move to withdraw their appearance as counsel on behalf of *Value Health Care Service, LLC, Omnicare Pharmacy of Connecticut and Accu-Med and Neighborcare* (the "Clients"). This basis for this request is that Day Pitney LLP has discovered a conflict which precludes it from representing the Clients in these proceedings. The undersigned represent that at all times since the commencement of these proceedings, the law firm of Cadwalader, Wickersham & Taft LLP has served as primary counsel to the Clients. The law firm of Cadwalader, Wickersham & Taft LLP will continue to

serve in this capacity and has verbally communicated its intention to find alternate local counsel upon the granting of this motion.

The undersigned certify that Cadwalader, Wickersham & Taft LLP has been notified of this motion by electronic mail.

WHEREFORE, James J. Tancredi and Joshua W. Cohen respectfully requests that this Court enter the attached proposed Order permitting his withdrawal of appearance as counsel to *Value Health Care Service, LLC, Omnicare Pharmacy of Connecticut and Accu-Med and Neighborcare*.

Dated at Hartford, Connecticut this 18th day of April, 2008.

        Day Pitney LLP,

By:    /s/ James J. Tancredi
      James J. Tancredi, Esq., ct06819
      DAY PITNEY LLP
      242 Trumbull Street
      Hartford, CT 06103-1212
      Tel: (860) 275-0100
      Fax: (860) 275-0343
      E-mail: jjtancredi@daypitney.com

      and

By:    /s/ Joshua W. Cohen
      Joshua W. Cohen, Esq., ct14731
      DAY PITNEY LLP
      One Audobon Street
      New Haven, CT 06511
      Tel: (203) 752-5000
      Fax: (203) 752-5001
      E-mail: jwcohen@daypitney.com