**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| MARATHON HEALTHCARE GOUP, LLC, | CASE NO. 08-20591 (RLK) |
| Debtor. | |
| IN RE: | CHAPTER 11 |
| MARATHON HEALTHCARE MANAGEMENT, LLC, | CASE NO: 08-20592 (RLK) |
| Debtor. | |
| IN RE: | CHAPTER 11 |
| MARATHON HEALTHCARE CENTER OF NEW HAVEN, LLC, | CASE NO. 08-20593 (RLK) |
| Debtor. | |
| IN RE: | CHAPTER 11 |
| MARATHON HEALTHCARE CENTER OF NORWALK, LLC, | CASE NO. 08-20594 (RLK) |
| Debtor. | |
| IN RE: | CHAPTER 11 |
| MARATHON HEALTHCARE CENTER OF PROSPECT, LLC, | CASE NO. 08-20596 (RLK) |
| Debtor. | |

| | |
|---|---|
| IN RE: <br><br> MARATHON HEALTHCARE CENTER OF TORRINGTON, LLC, <br><br> Debtor. | : CHAPTER 11 <br> : <br> : <br> : CASE NO. 08-20597 (RLK) <br> : <br> : <br> : |
| IN RE: <br><br> MARATHON HEALTHCARE CENTER OF WATERBURY, LLC, <br><br> Debtor. | : CHAPTER 11 <br> : <br> : <br> : CASE NO. 08-20598 (RLK) <br> : <br> : <br> : |
| IN RE: <br><br> MARATHON HEALTHCARE CENTER OF WEST HAVEN, LLC <br><br> Debtor. | : CHAPTER 11 <br> : <br> : <br> : CASE NO. 08-20599 (RLK) <br> : <br> : <br> : |

**ORDER**

Upon the motion of James J. Tancredi and Joshua W. Cohen of Day Pitney LLP seeking to withdraw their appearance on behalf of *Value Health Care Service, LLC, Omnicare Pharmacy of Connecticut and Accu-Med and Neighborcare* in these bankruptcy proceedings, it is hereby

ORDERED that the appearances of James J. Tancredi and Joshua W. Cohen of Day Pitney LLP be withdrawn as counsel of record to *Value Health Care Service, LLC, Omnicare Pharmacy of Connecticut and Accu-Med and Neighborcare*.

Dated at Hartford, Connecticut this ____day of _____, 2008.


Robert L. Krechevsky
United States Bankruptcy Judge