UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

---

**In re:**

**MARATHON HEALTHCARE GROUP, LLC, et al.**

**DEBTORS**

Chapter 7

Case No. 08-20591 (ASD)

(Jointly Administered)

---

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Bankruptcy Rule 9010 and Local Rule 7(e), the undersigned, hereby moves for leave of the Court to withdraw the appearance of Oren B. Haker, Esq. on behalf of Value Health Care Services, LLC in the above-captioned case, because he has left the employ of Cadwalader, Wickersham & Taft LLP.

Other counsel, Andrew M. Troop, Esq. and Nicole Cuttino, Esq. from Cadwalader, Wickersham & Taft LLP will continue to appear on behalf of Value Health Care Services, LLC.

WHEREFORE, the undersigned respectfully requests that the Court enter the attached proposed order granting the withdrawal of Oren B. Haker, Esq. as counsel for Value Health Care Services, LLC.

Dated at Greenwich, Connecticut this 10th day of September, 2009.

**FOR VALUE HEALTH CARE SERVICES, LLC**

BY:   /s/ Melissa Zelen Neier
Melissa Zelen Neier, Esq.
Federal Bar No. ct25055
IVEY, BARNUM, AND O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
mneier@ibolaw.com
Telephone: (203) 661-6000
Fax: (203) 661-9462