UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

------------------------------------------------------------------ x
**In re:**

**MARATHON HEALTHCARE GROUP, LLC, et al.**

**DEBTORS**
------------------------------------------------------------------ x

Chapter 7

Case No. 08-20591 (ASD)

(Jointly Administered)

### ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Bankruptcy Rule 9010 and Local Rule 7(e), the Motion for Leave to Withdraw Appearance filed by Melissa Zelen Neier, Esq. of Ivey, Barnum & O'Mara, LLC, on behalf of Oren B. Haker, Esq., as counsel for Value Health Care Services, LLC, having come before this Court and notice of the motion having been given in accordance with Bankruptcy Rules and no objections having been filed and no objections raised, and there appearing to be sufficient cause therefore, it is hereby:

**ORDERED**, that the Motion for Leave to Withdraw Appearance is hereby GRANTED.

Dated at Hartford this _____ day of September 2009.

Honorable Albert S. Dabrowski
United States Bankruptcy Judge