UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

_____

In Re:                                      :
                                            :
Marathon Healthcare Group, LLC, et al.      :        Case Nos. 08-20591 through
                                            :        08-20594 and 08-20596 through
                      Debtors.              :        08-20599 (ASD)

_____

## **MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Pursuant to Bankruptcy Rule 9010 and Local Rule 7(e), the undersigned, John C. Pitblado

of the law firm Jorden Burt, LLP, hereby moves for leave of the Court to withdraw his

appearance as counsel for Joan Fisher in the above-captioned cases.  Other counsel, Robert A.

White, Esq. and Meredith C. Burns, both of the law firm Murtha Cullina, LLP, will continue to

appear as counsel for Ms. Fisher.

WHEREFORE, the undersigned respectfully requests that this Court enter the attached

proposed Order (Ex. A) granting the withdrawal of John C. Pitblado as counsel for Joan Fisher.

Dated: September 23, 2009

RESPECTFULLY SUBMITTED,
JOAN FISHER


By:  _/s/ *John C. Pitblado*_
       John C. Pitblado (ct25563)
       JORDEN BURT LLP
       175 Powder Forest Drive, Suite 301
       Simsbury, Connecticut 06089-9658
       Telephone:   (860) 392-5000
       Facsimile:    (860) 392-5058
       E-mail:  jms@jordenusa.com
       E-mail:  jcp@jordenusa.com
       Her attorney

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 23rd day of September, 2009, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

| | |
|---|---|
| *U.S. Trustee*<br><br>c/o Kim L. McCabe, Esq.<br>Office of the U.S. Trustee<br>Giamo Federal Building<br>150 Court Street<br>Room 302<br>New Haven, CT 06510<br>203-773-2210 x233<br>Fax : 203-773-2217<br>Email: kim.mccabe@usdoj.gov | *Creditor Committee*<br>**Official Committe of Unsecured Creditors**<br><br>c/o Stephen M. Kindseth, Esq.<br>Zeisler & Zeisler<br>558 Clinton Avenue<br>P.O. Box 3186<br>Bridgeport, CT 06605<br>(203) 368-4234<br>Fax : 203-367-9678<br>Email: skindseth@zeislaw.com |
| Fremont Riverview, LLC<br>Kyle R. Pavlick, Esq.<br>Cranmore FitzGerald & Meaney<br>49 Wethersfield Avenue<br>Hartford, CT  06114-1102<br>kpavlick@cfmlawfirm.com | Columbia Casualty Company<br><br>Carl T. Gulliver, Esq.<br>Coan, Lewendon, Gulliver & Miltenberger, LLC<br>495 Orange Street<br>New Haven, CT  06511<br>cgulliver@coanlewendon.com |
| Partners Pharmacy of Connecticut LLC<br><br>Ellery E. Plotkin<br>777 Summer Street, 2nd Floor<br>Stamford, CT  06901<br>EPlotkinJD@aol.com | Greater New Haven<br>Water Pollution Control Authority<br>Sheila J. Hall, Esq.<br>Gesmonde, Pietrosimone & Sgrignari L.L.C.<br>3127 Whitney Avenue<br>Hamden, CT  06518<br>shall@gpsp.com |
| Webster Bank, National Association<br><br>Julie A. Morgan, Esq.<br>Brown & Welsh, P.C.<br>530 Preston Street, P.O. Box 183<br>Meriden, CT  06450<br>jamorgan@brownwelsh.com | Webster Bank, National Association<br><br>Thomas J. Welsh, Esq.<br>Brown & Welsh, P.C.<br>530 Preston Avenue, P.O. Box 183<br>Meriden, CT  06450<br>tjwelsh@brownwelsh.com |

| *Debtors* | *Trustee* |
|---|---|
| Marathon Healthcare Group, LLC; Marathon Healthcare Management, LLC; Marathon Healthcare Center of New Haven, LLC; Marathon Healthcare Center of Norwalk, LLC; Marathon Healthcare Center of Prospect, LLC; Marathon Healthcare Center of Torrington, LLC; Marathon Healthcare Center of Waterbury, LLC; Marathon Healthcare Center of West Haven, LLC;<br><br>c/o Barry S. Feigenbaum, Esq. Rogin Nassau LLC. 185 Asylum Street 22nd Floor Hartford, CT 06103 (860) 278-7480 Fax : 860-278-2179 Email: bfeigenbaum@roginlaw.com | Thomas C. Boscarino<br><br>c/o Stephen M. Kindseth, Esq. Zeisler & Zeisler 558 Clinton Avenue P.O. Box 3186 Bridgeport, CT 06605 (203) 368-4234 Fax : 203-367-9678 Email: skindseth@zeislaw.com |
| James Berman on behalf of Creditor Committee Official Committee of Unsecured Creditors<br>jberman@zeislaw.com | Raymond C. Bliss on behalf of Creditor HPC Foodservice<br>bliss@boblawyers.com |
| Charles J. Filardi on behalf of Creditor Sarah Ito<br>charles@filardi-law.com, abothwell@filardi-law.com | Richard P. Finkel<br>jzesut@blumshapiro.com |
| Mark I. Fishman on behalf of Creditor Webster Bank, National Association<br>mfishman@npmlaw.com baniruptcy@npmlaw.com ecrafts@npmlaw.com | Earle Giovanniello on behalf of Creditor BankDirect Capital Finance, LLC<br>office@eglaw1.com |

| | |
|---|---|
| Jed Horowitt on behalf of Creditor Committee Official Committee of Unsecured Creditors<br>jhorowitt@zeislaw.com | Nancy B. Kinsella on behalf of Creditor Webster Bank, National Association<br>nkinsella@npmlaw.com<br>bankruptcy@npmlaw.com<br>ecrafts@npmlaw.com |
| Honor S. Heath on behalf of Creditor The Connecticut Light and Power Company<br>heaths@nu.com | Robert W. Lynch on behalf of Creditor Southern Connecticut Gas Co.<br>rwlynch@ltke.com |
| Julie A. Manning on behalf of Creditor Health Care REIT, Inc.<br>Bankruptcy@goodwin.com | Richard M. Porter on behalf of Creditor State of CT<br>Rick.porter@po.state.ct.us |
| Jeffrey A. McChristian on behalf of Creditor Foresite Technologies, Inc.<br>jeff@demc-law.com | Melissa Zelen Neier on behalf of Creditor Accu-Med Services, Inc.<br>mneier@ibolaw.com |
| Henry A. Salton on behalf of Creditor State of CT<br>Henry.Salton@po.state.ct.us | Thomas J. Sansone on behalf of Creditor Connecticare, Inc.<br>tsansone@carmodylaw.com |
| Douglas S. Skalka on behalf of Creditor Webster Bank, National Association<br>dskalka@npmlaw.com<br>bankruptcy@npmlaw.com<br>ecrafts@npmlaw.com | Andrew M. Troop on behalf of Creditor Accu-Med Services, Inc.<br>andrew.troop@cwt.com |
| U.S. Trustee<br>USTPRegion02.NH.ECF@USDOJ.GOV | Matthew Wax-Krell on behalf of Debtor Marathon Healthcare Center of New Haven, LLC<br>Mwax-krell@roginlaw.com |
| E&R Medical Personnel Creditor<br><br>Attorney Louis C. Zowine<br>1087 Broad Street, P.O. Box 838<br>Bridgeport, CT  06601<br>lczowine@sbcglobal.net | New England Healthcare Employees Pension Fund<br><br>Michael E. Passero, Esq.<br>Law Firm of John M. Creane<br>92 Cherry Street, P.O. Box 170<br>Milford, CT  06460<br>Mpassero@jmcreanelaw.com<br>Tfalcigno@jmcreanelaw.com |
| **NO ELECTRONIC SERVICE PARTIES** | **NO ELECTRONIC SERVICE PARTIES** |
| Matt Bavolack<br>WHY Advisors NE, LLC<br>555 Long Wharf Drive<br>New Haven, CT  06511 | Michael L. Bernstein on behalf of Creditor Health Care REIT, Inc.<br>Arnold & Porter<br>555 Twelfth Street , NW<br>Washington, DC  20001 |

| | |
|---|---|
| Marc S. Blubaugh on behalf of Creditor<br>EnduraCare Therapy Management, Inc.<br>Benesch Friedlander Coplan & Aronoff LLP<br>41 South High Street<br>Suite 2600<br>Columbus, OH  43215 | Martha S. Triplett on behalf of Creditor<br>Sara Ito<br>Delaney & Triplett PC<br>111 South Main Street<br>P.O. Box 747<br>Wallingford, CT  06492 |
| Blum Shapiro & Co., P.C.<br>Richard P. Finkel, CPA<br>29 South Main Street<br>Suite 305<br>West Hartford, CT  06127-2000 | Constellation NewEnergy, Inc.<br>Jackson Walker, LLP<br>c/o Desiree K. Killen<br>1401401 McKinney Street, Suite 1900<br>Houston, TX  77010 |
| Durant, Nichols, Houston, Hodgson &<br>Contese-Costa, PC<br>1057 Broad Street<br>Bridgeport, CT  06604 | Oren B. Haker on behalf of Creditor<br>Accu-Med Services, Inc.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY  10281 |
| Iron Mountain Information Management Inc<br>Attn:  R. Frederick Linfesty, Esq.<br>745 Atlantic Avenue, 10th Floor<br>Boston, MA  02111 | J. Allen Jones on behalf of Creditor<br>EnduraCare Therapy Management, Inc.<br>Benesch Friedlander Coplan & Aronoff, LLP<br>41 South High Street<br>Suite 2600<br>Columbus, OH  43215 |
| Steven E. Mackey on behalf of U.S. Trustee<br>Office of the U.S. Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT  06510 | Joseph A. Vitale<br>422 Highland Avenue<br>Suite 13<br>Cheshire, CT  06410 |
| Rosalyn Moffo, Administratrix of the<br>Estate of Mary E. De Vito<br>c/o Michael D'Amico, Esq.<br>465 Straits Turnpike<br>P.O. Box 670<br>Watertown, CT  06795 | Omnicare Pharmacy of Connecticut |
| The Nurse Network, LLC<br>653 Main Street<br>Plantsville, CT  06479 | |

 /s/ *John C. Pitblado*
John C. Pitblado (ct25563)
JORDEN BURT LLP
175 Powder Forest Drive, Suite 301
Simsbury, Connecticut 06089-9658
Telephone:   (860) 392-5000
Facsimile:   (860) 392-5058
E-mail:  jcp@jordenusa.com